# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN THE MATTER OF: ) No. B-0880265 C-13D
Natasha M. Bullock )
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On May 15, 2008, a hearing was held on the Motion by Wells Fargo Auto Finance ("Movant") pursuant to 11 U.S.C. §362 to modify the automatic stay entered in this case to permit the Movant to foreclose upon its lien and security instrument on the Debtor's 2006 Kia ("the automobile"). At the hearing, Benjamin E. Lovell, Esq. appeared on behalf the Standing Trustee and stated to the Court he had been informed by counsel that all matters in controversy had been settled. The Court, after considering the Motion and having heard and considered the statements of the attorney for the Trustee, finds that the interests of the Movant are not adequately protected and that the Motion should be granted; therefore, by and with the consent of the parties, it is ORDERED:

1. The Motion of the Movant for relief from the automatic stay pursuant to 11 U.S.C. §362 is granted.

2. The stay is modified to permit the Movant to repossess the automobile and foreclose under its security agreement.

3. The Movant shall have 120 days from the entry of this Order within which to file a documented deficiency or administrative claim with the Chapter 13 Office and failure to file any documented claim within said time will result in the release of the automobile being in full satisfaction of the indebtedness due the Movant.

4. The stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable.

**PARTIES IN INTEREST**
**Page 1 of 1**
**08-80265 C-13D**

Natasha M. Bullock
3835 Guess Rd., #526
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Pamela P. Keenan, Esq.
PO Box 19766
Raleigh, NC  27619