B6F (Official Form 6F) (12/07)

In re **Natasha Michelle Bullock**, Case No. **08-80265**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **36019134**<br>**Creditor #: 1**<br>**American General Financial Services**<br>**Dunn Plaza**<br>**1737 W Cumberland Street**<br>**Dunn, NC 28334** | - | | **Unknown**<br>**Signature Loan**<br>**All Possible Obligations**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | **3,000.14** |
| Account No. **6032-5904-0437-2350**<br>**Creditor #: 2**<br>**Citifinancial Retail Services**<br>**P.O. Box 22060**<br>**Tempe, AZ 85285-2060** | - | | **Unknown**<br>**Charge Account**<br>**All Possible Obligations**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | **2,245.25** |
| Account No.<br>**Creditor #: 3**<br>**Credit Bureau of Greensboro\*\***<br>**Post Office Box 26140**<br>**Greensboro, NC 27402-0040** | - | | **Notice Purposes Only** | | | | **0.00** |
| Account No. **123157/139875**<br>**Creditor #: 4**<br>**Credit Financial Services**<br>**100 West Morgan Street**<br>**Durham, NC 27701** | - | | **Collection Account**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | **1,257.00** |

__3__ continuation sheets attached

Subtotal (Total of this page) **6,502.39**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　S/N:25809-100929　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Natasha Michelle Bullock**, Case No. **08-80265**
　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 245475035<br>Creditor #: 5<br>DeVry Inc.<br>1 Tower Lane STE 200<br>Villa Park, IL 60181 | | - | **Collection Account**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | 2,100.00 |
| Account No.<br>Creditor #: 6<br>Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | | - | **Notice Purposes Only** | | | | 0.00 |
| Account No. 23583899<br>Creditor #: 7<br>Enhanced Recovery Corporation<br>Post Office Box 17332<br>Baltimore, MD 21297 | | - | **Collection Account**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | 1,314.00 |
| Account No. 5178-0077-5422-1836<br>Creditor #: 8<br>First Premier Bank<br>900 Delaware<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 | | - | **Credit Card Purchases**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | 474.00 |
| Account No.<br>Creditor #: 9<br>General Services Corporation<br>Collections Dept<br>Post Office Box 8984<br>Richmond, VA 23225 | | - | **Collection Account**<br>**Disputed as to the amount of interest, fees, charges, etc.** | | | | 8,712.61 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,600.61**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　Best Case Bankruptcy

In re **Natasha Michelle Bullock**, Case No. **08-80265**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit** <br> **Creditor #: 10** <br> **Griffin Associates Reakltors** <br> **215-A Bridgefiled Road** <br> **Durham, NC 27704** | | - | **Rent Deficiency** <br> **Disputed as to the amount of interest, fees, charges, etc.** | | | | **1,273.15** |
| Account No. **M99254** <br> **Creditor #: 11** <br> **JL Walston & Associates, Inc.** <br> **1107 W. Main Street, Ste 201** <br> **Durham, NC 27701** | | - | **Collection Account** <br> **Disputed as to the amount of interest, fees, charges, etc.** | | | | **478.21** |
| Account No. **Unknown** <br> **Creditor #: 12** <br> **Mutual Community Savings Bank** <br> **315 E. Chapel Hill Street** <br> **Durham, NC 27701** | | - | **2007** <br> **Signature Loan** <br> **All Possible Obligations** <br> **Disputed as to the amount of interest, fees, charges, etc.** | | | | **4,931.00** |
| Account No. **71994828424545035** <br> **Creditor #: 13** <br> **NCO Financial Services \*\*** <br> **PO Box 15630** <br> **Dept 99** <br> **Wilmington, DE 19850** | | - | **Collection Account** <br> **Disputed as to the amount of interest, fees, charges, etc.** | | | | **154.00** |
| Account No. **02251011** <br> **Creditor #: 14** <br> **Online Collections \*\*** <br> **P.O. Box 1489** <br> **Winterville, NC 28590-1409** | | - | **Collection account** <br> **Disputed as to the amount of interest, fees, charges, etc.** | | | | **2,955.07** |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,791.43**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re __Natasha Michelle Bullock__ , Case No. __08-80265__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 95011978761<br>Creditor #: 15<br>Sallie Mae<br>1002 Arthur Drive<br>PO# SMI-0000013421<br>Lynn Haven, FL 32444 | - | | 12/2007<br>Student Loan<br>All Possible Obligations<br>Disputed as to the amount of interest, fees, charges, etc. | | | | 6,861.00 |
| Account No. 521572190-24545035<br>Creditor #: 16<br>Verizon Wireless<br>Post Office Box 18000<br>Greenville, SC 29606-9000 | - | | Cellular Deficiency<br>Disputed as to the amount of interest, fees, charges, etc. | | | | 844.00 |
| Account No. 8137691070245475035<br>Creditor #: 17<br>Verizon Wireless<br>Post Office Box 18000<br>Greenville, SC 29606-9000 | - | | Cellular Deficiency<br>Disputed as to the amount of interest, fees, charges, etc. | | | | 1,101.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,806.00**

Total (Report on Summary of Schedules) **37,700.43**